IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA *

vs. * Case No. BAH-25-0337

Markus Spriggs *

\*

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by Maggie Grace, AFPD, and the Government was represented by Assistant United States Attorney Reema Sood, it is

ORDERED, this 7th day of November, 2025, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Douglas R. Miller
United States Magistrate Judge