IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Case No. BAH-25-337 |
| MARKUS SPRIGGS, | * |
| Defendant. | * |

*******

**GOVERNMENT'S MOTION TO UNSEAL**

Now comes the United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Liane Kozik, Special Assistant United States Attorney for said District, and respectfully moves this Court to order that this Indictment and related documents be **UNSEALED**.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Liane D. Kozik
Special Assistant United States Attorney

ORDERED as prayed this ___ day of November, 2025

_____
Honorable Douglas Miller
United States Magistrate Judge