AO 442 (Rev. 11/11) Arrest Warrant                                                                                    AUSA/USAO#

# UNITED STATES DISTRICT COURT
for the
District of Maryland

**SEALED**

| United States of America | ) |
| --- | --- |
| v. | ) |
| MARKUS SPRIGGS | ) Case No. BAH 25 CR 337 |
|  | ) |
|  | ) |
|  | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     MARKUS SPRIGGS

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances, 21 U.S.C. § 846

Possession with the Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1)

Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924 (c)

Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Date: 10/30/25

_Chelsea J. Crawford_
Issuing officer's signature

Chelsea J. Crawford
United States Magistrate Judge
Printed name and title

City and state:   Baltimore, Maryland

### Return

This warrant was received on *(date)* 11/7/25, and the person was arrested on *(date)* 11/7/25
at *(city and state)* Baltimore, MD.

Date: 11/7/25

_signature_
Arresting officer's signature

Jose Martinez Special Agent
Printed name and title